

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00763-CV

**IN RE BILL WILBURN**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: February 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On November 15, 2024, relator filed an amended petition for writ of mandamus, seeking relief from an order issued on November 6, 2024, which struck a prior order granting relator sole conservatorship of his daughter, among other relief. Relator asserts the trial court erred by conducting the November 6, 2024 hearing and issuing the challenged order because relator never received formal notice of the hearing.

On November 27, 2024, we issued an order that provided:

> [R]elator's mandamus petition fails to comply with Rule 52.3 of the Texas Rules of Appellate Procedure. Additionally, relator failed to provide a mandamus record as required by Rule 52.7 of the Texas Rules of Appellate Procedure. And relator has not provided "a certified or sworn copy of [the] order complained of, or any other document showing the matter complained of," as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(k)(1)(A).

---

[1]This proceeding arises out of Cause No. 2023EM501899, styled *In the Interest of A.S.W.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.

Relator shall file an amended petition that complies with Rule 52.3 of the Texas Rules of Appellate Procedure by December 20, 2024, or his mandamus petition is subject to being dismissed. Additionally, relator shall file either the complained of order, or a transcript reflecting the complained of ruling, by December 20, 2024, or his mandamus petition is subject to being dismissed. Relator shall also file a mandamus record by December 20, 2024, or his mandamus petition is subject to being dismissed. Any such record must conform to Texas Rule of Appellate Procedure 52.7.

To date, Relator has failed to comply with our November 27, 2024 order. Therefore, based on the amended petition and lack of mandamus record before us, this court must conclude relator has failed to establish his right to the relief sought. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is denied as moot.

PER CURIAM